dum and Order denying the motion to alter or amend that judgment dated August 5, 1998. *See* 8th Cir. R. 47B. Because Dr. Amine's Title VII claims fail as a matter of law, we need not decide whether Title IX affords her a duplicate private right of action. *Cf. Brine v. University of Iowa,* 90 F.3d 271, 276 (8th Cir.1996), *cert. denied,* 519 U.S. 1149, 117 S.Ct. 1082, 137 L.Ed.2d 217 (1997).

The judgment of the district court is affirmed.

PER CURIAM.

Dr. Philip L. Nelson appeals from the district court's [1] order dismissing his petition to quash Internal Revenue Service circular letters for lack of subject matter jurisdiction. After careful review of the record and the parties' submissions, we affirm. *See* 8th Cir. R. 47B.

**Dr. Philip L. NELSON,**
**Citizen, Appellant,**

v.

**UNITED STATES of America, et al.;**
**Internal Revenue Service,**
**Appellees.**

**No. 98–3667.**

United States Court of Appeals,
Eighth Circuit.

Submitted July 7, 1999.

Decided Aug. 10, 1999.

Before WOLLMAN, Chief Judge,
RICHARD S. ARNOLD, and BEAM,
Circuit Judges.

**B.J. GRIFFITH; Gordon Griffith;**
**Delta Waste Recovery, Inc.,**
**Appellants,**

v.

**ARKANSAS DEPARTMENT OF POL-**
**LUTION CONTROL AND ECOLOGY;**
**East Arkansas Planning and Develop-**
**ment District; East Arkansas Region-**
**al Solid Waste Management District,**
**Appellees.**

**No. 98–3931.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 14, 1999.

Decided Aug. 10, 1999.

Before WOLLMAN, Chief Judge,
BEAM, and MURPHY, Circuit Judges.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.